FILED
2026 Oct-08 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2026 OCT -8 A 10: 14
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States of America
v.
MEGAN LORRAINE UTZ
*Defendant(s)*

Case No. 3:26-mj-1203-HNJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 5, 2026, in the county of Lauderdale in the Northern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871(a) | Threats Against the President |
| 18 U.S.C. § 875(c) | Threatening Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Ryan Windham Digitally signed by Ryan Windham Date: 2026.10.08 09:59:06 -05'00'
*Complainant's signature*

Ryan J. Windham, FBI Special Agent
*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: 10/08/2026

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.10.08 10:04:54 -05'00'
*Judge's signature*

City and state: Huntsville, Alabama

Herman N. Johnson, Jr., U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST MEGAN LORRAINE UTZ | Case No. 3:26-mj-1203-HNJ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Windham, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is made in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of MEGAN LORRAINE UTZ[1] for committed violations of 18 U.S.C. § 871(a) (Threats Against the President) and 18 U.S.C. § 875(c) (Threatening Communications). As a federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

2. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), assigned to the Birmingham Division, Florence Resident Agency. I have served with the FBI since August 2021. My responsibilities include investigating violent incident crimes, kidnappings, violent crimes against children, civil-rights violations, and

[1] A previous version of this affidavit inadvertently referred to Megan Utz as "Morgan" in certain places.

offenses involving threatening communications. I received comprehensive training at the FBI Academy, including instruction in Fourth Amendment search and seizure, drafting search warrants, and establishing probable cause.

3. Prior to joining the FBI, I served approximately five and a half years with the Missouri State Highway Patrol ("MSHP"). During my service with MSHP, I was a member of the Major Case Squad and completed two internships with the MSHP Division of Drug and Crime Control. Throughout my law-enforcement career, I have assisted in numerous investigations, including homicide, sexual assault, narcotics offenses, and crimes involving children.

4. The facts set forth in this Affidavit are based upon my personal observations, my training and experience, and information obtained from other law-enforcement officers and witnesses. This Affidavit is intended to establish probable cause for the requested arrest warrant and does not purport to include all information known to me regarding this matter.

## STATUTORY AUTHORITY

5. Under 18 U.S.C. § 871(a), it is a federal offense to knowingly and willfully make any threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States.

6. Under 18 U.S.C. § 875(c), it is a federal offense to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or to injure another.

**BACKGROUND**

7. Utz has had previous contact with law enforcement as recounted below.

***Guin Police Department***

8. On December 16, 2024, the Guin, Alabama Police Department issued a misdemeanor warrant for Utz for Harassing Communications. The charge arose from a September 6, 2024, message in which Utz accused the victim of health department violations and made further personal allegations.

9. On September 23, 2024, the victim received another message from Utz through his work portal containing profanity, including "go f*** yourself," and a threat to report him to the "Bureau."

10. On October 2, 2024, the victim reported that the Health Department conducted an inspection at his restaurant following a complaint from an unknown individual. The inspector listed alleged violations but did not identify the reporting party.

### *Florence Police Department*

11. On October 6, 2026, Florence Police Department provided a report showing approximately four prior involvements with Utz, including her being listed as a suspect in a September 26, 2026 theft report; filing a sexual assault report on October 2, 2026; and being trespassed on October 5, 2026, from a private rehabilitation facility and later from the Salvation Army in Florence, Alabama.

## STATEMENT OF PROBABLE CAUSE

12. On October 2, 2026, WHNT News 19, located in Huntsville, Alabama, posted a news article on its official Facebook page regarding President Trump's attendance at the upcoming football game between Alabama and Georgia in Tuscaloosa, Alabama on October 10, 2026.

13. On or around October 5, 2026, Utz, utilizing the Facebook username "Kase Utz," shared a WHNT article on her personal Facebook page and included the following statement: "He's not allowed in my stadium! I'll put a bullet through him if he dares."




14. On October 5, 2026, I, along with FBI analysts, conducted open-source checks. These checks revealed that the Facebook profile photograph associated with the "Kase Utz" account and the photograph on Megan Utz's Alabama driver's license depict the same individual, each showing a distinctive neck tattoo.

 

15. FBI analysts identified the subject as Megan Lorraine Utz. A records inquiry revealed that Utz is the subject of a non-expiring Protection from Abuse ("PFA") Order issued by the Jefferson County, Alabama Sheriff's Department.

16. On October 5, 2026, I submitted an Emergency Disclosure Request to Meta Platforms, Inc. for subscriber information and location data associated with the "Kase Utz" Facebook account. Meta provided a date of birth that matches the date of birth listed on Utz's Alabama driver's license. Meta also provided the most recent location data associated with the account, identifying an address in Florence, Alabama. Meta provided an account identifier of 61595109741259 for the account.

17. FBI analysts were able to locate a TikTok post from "K Utz." The post was from September 27, 2025, and depicted Utz and another individual at the Alabama vs Georgia football game. Additionally, FBI analysts were able to locate a picture of Utz and a former Alabama football player, with the statement, "I got the honor to cook and meet [former player] tonight. My night is officially made. Roll ride roll baby – At The Club, Inc."

18. On October 6, 2026, FBI agents, United States Secret Service agents, and Florence Police Department officers responded to Utz's last known location at the Salvation Army, located at 1601 Huntsville Road, Florence, Alabama. Employees advised that Utz had left in a light blue two-door pickup truck and that she may be in a nearby "squatting house."

19. I traveled through the neighborhood and located the described truck parked in front of a residence on Midway Street in Florence, Alabama.

20. I made contact with an unknown white male identified only as "Chris" outside the residence. While I was speaking with Chris, Utz opened the front door, briefly looked at me, then shut and locked the door.

21. Officers proceeded to the front door and made contact with a second unknown white male, who gave verbal consent for officers to enter the residence to search for Utz.

22. After the residence was cleared, the affiant exited the rear door and encountered a third unknown white male. This individual advised that Utz had fled on foot and was approximately two blocks away across the street. He pointed toward her location, and the affiant observed Utz approximately 200 yards away.

23. At that time, Florence Police Department officers pursued and arrested Utz pursuant to an active misdemeanor arrest warrant for Harassing Communications issued by the Guin, Alabama Police Department.

24. After Utz was placed under arrest, she was searched, and the Target Device was seized from her person. Utz was transported then to the Florence Police Department.

25. At the Florence Police Department, Utz was advised of her *Miranda* rights, which she stated she understood and acknowledged by signing the form.

26. Utz stated she has an iPhone 17 Pro Max with AT&T service. Utz's contact telephone number is XXX-XXX-9704. She accessed her Facebook account through Keychain or facial recognition. Utz stated she previously used cellular internet but was unsure when her service was disconnected for nonpayment. After her service was cut off, she accessed the internet through available Wi-Fi connections.

27. Utz further explained that she had suffered eighteen concussions. She stated she had previously been prescribed several medications, including but not limited

to Valium, Vistaril, Buspar, Karolac, Ropivacaine, and Lidocaine. Throughout the interview, Utz alternated between describing numerous hospital visits throughout the Alabama area, one specifically was a stay at DCH Regional Medical Center, in Tuscaloosa, Alabama.

28. Utz stated she could not recall the last time she accessed Facebook. I asked Utz, "Why did you make that post?", referring to the post threatening to put a bullet through President Trump. Utz responded, "I just wanted my phone scanned . . . and the next time that this happens, somebody always gets hurt and someone always dies." I asked, "Whenever you make a post like that?" Utz replied, "Whenever somebody gets in my phone." I then asked, "So you're saying somebody got in your phone and made that post?" Utz stated, "I'm telling you, I've got screenshots of malware apps that take my password and load it into another app… and then load it into this little file. There is a file in my phone that says 'QM,' and in its description it says 'exception,' and this is the second time I've had to delete it." Utz further explained that there was malware on her phone and "cyber stuff" that hacks into government systems and other things, and that no one wants to listen to her. Utz then asked, "How am I going to shoot him?"

29. The Target Device was transported to the FBI Florence Resident Agency and then was transferred to the Tennessee Valley Regional Computer Forensics Laboratory. It has been maintained in a secure manner that preserves its contents.

30. Facebook is an internet-based internationally accessible social media platform operated by Meta, a corporation headquarters in Menlo Park, California. Facebook provides its services to users throughout the United States and internationally through internet-based communications and computer systems. Based on my training and experience, communications and other activity conducted through Facebook may be transmitted through, processed by, or stored on computer systems located outside the state in which a user is physically located. The internet and Facebook, as a social media platform, are also facilities and means of interstate and foreign commerce. Furthermore, although there are meta servers located in Alabama, the October 5, 2026, threat was posted publicly, such that anyone with a Facebook account could view and access them.

## CONCLUSION

31. Based on my knowledge, training and experience, and the facts described herein, there is probable cause to believe that MEGAN LORRAINE UTZ has committed violations of 18 U.S.C. § 871(a) and 18 U.S.C. § 875(c) as charged in the accompanying criminal complaint.

Respectfully submitted,

Ryan Windham Digitally signed by Ryan Windham Date: 2026.10.08 09:59:21 -05'00'

Ryan J. Windham
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically, before me on October 8, 2026.

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.10.08 10:05:41 -05'00'

Herman N. Johnson, Jr.
United States Magistrate Judge